# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

VANESSA ENOCH, et al.,
    Plaintiffs,

Case No. 1:16-cv-661
Litkovitz, M.J.

vs.

HAMILTON COUNTY
SHERIFF'S OFFICE, et al.,
    Defendants.

**ORDER**

This matter is before the Court on plaintiff Vanessa Enoch's motion for a preliminary injunction (Doc. 33) and motion for a hearing (Doc. 46).  Based on the stipulation filed by the parties on March 27, 2017 (Doc. 58), plaintiff's motions (Docs. 33 and 46) are hereby **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Date: _3/28/17_

Karen L. Litkovitz
United States Magistrate Judge