# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**VANESTA ENOCH, et al.,**
      **Plaintiffs,**

vs.

**HAMILTON COUNTY SHERIFF'S OFFICE, et al.,**
      **Defendants.**

Case No. 1:16-cv-661

Litkovitz, M.J. (Consent Referral)

## AGREED ORDER

The Parties, by their respective counsel, having agreed to engage in formal mediation of this matter with Judge Barrett, which has been set for September 23, 2021, and, while mediation is pending, the parties having further agreed to extend the briefing schedule set out in this Court's Order of July 27, 2021 (Doc.123) so that they may first make a good faith effort to settle this case before incurring additional time and potential fees that would be necessitated by briefing the issues set out in that Order, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the briefing schedule set out in this Court's Order of July 27, 2021 (Doc. 123) is hereby stayed.

**IT IS FURTHER ORDERED** that the Parties shall file a Joint Status Report with the Court on September 24, 2021, advising the Court as to whether the case has settled. In the event the case has not settled, the Joint Status Report shall include proposed dates to complete the briefing set out in the Court's Order of July 27, 2021.

**IT IS SO ORDERED**

Date: 9/7/2021

Karen L. Litkovitz
United States Magistrate Judge

Agreed to:

*/s/ Robert B. Newman*
Robert B. Newman (0023484)
215 E. 9th St. Ste. 650
Cincinnati, OH 45202
(513) 639-7000
Bob@robertnewmanattorney.com


Michael Jay O'Hara (0014966)
 O'Hara, Taylor, Sloan, Cassidy
Beck PLLC
25 Town Center Blvd.
Covington, KY 41017
mohara@oharataylor.com
**Attorneys for Plaintiffs**

*/s/Jerome A. Kunkel*
Jerome A. Kunkel, 39562
Assistant Prosecutor
Hamilton County, Ohio
230 E. 9th St., Ste.4000
Cincinnati, Ohio 45202
Attorney for Defendants
Jerry.kunkel@hcpros.org