UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**VANESSA ENOCH and AVERY CORBIN** :: Case No. 1:16-cv-661

        **Plaintiffs** ::

  v. :: Magistrate Judge Litkovitz

**HAMILTON COUNTY SHERIFF'S
OFFICE, et al.,** :: Motion to withdraw
        Motion to electronically
        File Trial Exhibits
        As Part of the Record
        **Defendants** ::

Plaintiffs move to withdraw the motion to electronically file the trial exhibits (Doc. 198).

        Respectfully submitted,

        */s/Robert B. Newman* 0023484
        215 E. 9th St. Ste. 650
        Cincinnati, OH 54202
        513-639-7000
        Bob@robertnewmanattorney.com

        */s/ Michael O'Hara* 0014966
        O'Hara, Taylor, Sloan, Cassidy & Beck
        65 Town Center Blvd. Ste.201
        Covington, KY 41017
        859-331-2000

## CERTIFICATE OF SERVICE

      This is to certify that I filed the foregoing this day with the Clerk of Court using the CM/ECF system and all parties will be served thereby.

                                              <u>*/s/Robert B. Newman*</u>

This 18th day of May, 2023