UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **VANESSA ENOCH and AVERY CORBIN** :: | | Case No. 1:16-cv-661 |
| **Plaintiffs** :: | | |
| v. :: | | Magistrate Judge Litkovitz |
| **HAMILTON COUNTY SHERIFF'S OFFICE, et al.,** :: | | Plaintiff's Motion to Electronically File Trial Exhibits as Part of the Record and Transmit Same to the Court of Appeals |
| **Defendants** :: | | |

Come now the parties to the above case and request that all exhibits filed in this case be made a part of the record, including the affixing of PAGEID numbers and transmitting same to the United States Court of Appeals for the Sixth Circuit in the cases of 22-3946 and 22-3959.  As grounds, Plaintiff states that this is intended to allow for the Sixth Circuit Panel assigned to this case to view these exhibits electronically, rather than requiring the Panel members to go through the more cumbersome process of retrieving the trial exhibits manually.

The deadline for the initial briefs in the 6th Circuit is May 22, 2023.

Respectfully submitted,

*/s/Robert B. Newman* 0023484
215 E. 9th St. Ste. 650
Cincinnati, OH 54202

513-639-7000
Bob@robertnewmanattorney.com

*/s/ Michael O'Hara* 0014966
O'Hara, Taylor, Sloan, Cassidy & Beck
65 Town Center Blvd. Ste.201
Covington, KY 41017
859-331-2000

*James Sayre* 0097169
Assistant County Prosecutor
230 E. 9th St. Ste. 4000
Cincinnati, OH 45202
513-946-3219
Attorney for Hamilton County Sheriff's Office

## CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing this day with the Clerk of Court using the CM/ECF system and all parties will be served thereby.

*/s/Robert B. Newman*

This 18th day of May, 2023